```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 33219
   LADONNA R JOHNSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-8441

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/22/2005 and was confirmed 01/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE        SECURED            8000.00      1002.89        6754.32
ARONSON FURNITURE        SECURED            1573.75       197.28        1328.70
SHURGARD                 UNSECURED           134.00          .00            .00
NCO FINANCIAL SYSTEMS    UNSECURED        NOT FILED          .00            .00
RMI-MCSI                 UNSECURED           200.00          .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED              .00          .00            .00
PENTAGROUP FINANCIAL LLC UNSECURED        NOT FILED          .00            .00
US BANK                  UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING  UNSECURED           870.00          .00            .00
SONIC COAST LINE CREDIT  UNSECURED        NOT FILED          .00            .00
GFG LOAN CO D/B/A CASH T UNSECURED           579.85          .00            .00
HALL & ASSOCIATES        UNSECURED        NOT FILED          .00            .00
OXFORD COLLECTION SERVIC UNSECURED        NOT FILED          .00            .00
VILLAGE OF OAK PARK      UNSECURED        NOT FILED          .00            .00
BANK ONE                 UNSECURED        NOT FILED          .00            .00
SHOREBANK CORP ~         UNSECURED        NOT FILED          .00            .00
WAL MART STORES INC      UNSECURED        NOT FILED          .00            .00
QUICK PAYDAY LOANS       UNSECURED           380.00          .00            .00
THE PEDIATRIC FACULTY FO UNSECURED        NOT FILED          .00            .00
TCF BANK                 UNSECURED        NOT FILED          .00            .00
TELECHECK SERVICE INC    UNSECURED        NOT FILED          .00            .00
CERTEGY PAYMENT RECOVERY UNSECURED        NOT FILED          .00            .00
WEXLER & WEXLER          UNSECURED        NOT FILED          .00            .00
HSBC AUTO FINANCE        UNSECURED          7068.08          .00            .00
AVON PRODUCTS            UNSECURED        NOT FILED          .00            .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED          .00            .00
CLERK OF CIRCUIT COURT   UNSECURED        NOT FILED          .00            .00
BLACK EXPRESSIONS        UNSECURED        NOT FILED          .00            .00
ADT SECURITY SYSTEMS     UNSECURED        NOT FILED          .00            .00
ARONSON FURNITURE        UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP    UNSECURED        NOT FILED          .00            .00
PRO SE DEBTOR            DEBTOR ATTY           .00                          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 33219 LADONNA R JOHNSON
```

```
TOM VAUGHN                    TRUSTEE                                       576.81
DEBTOR REFUND                 REFUND                                           .00

        Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
    ------------------------------------------------------------------------
TRUSTEE                      9,860.00

PRIORITY                                                 .00
SECURED                                             8,083.02
    INTEREST                                        1,200.17
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                   576.81
DEBTOR REFUND                                            .00
                           ---------------    ---------------
TOTALS                       9,860.00             9,860.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/29/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE